■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBER FIELDS, Appellant. [627 NYS2d 974] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered January 11, 1993, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention regarding the inadequacy of the court's adverse inference charge, imposed as a sanction for the

loss of *Rosario* material, is unpreserved for appellate review *(see, People v Roe,* 196 AD2d 899, 900; *People v Thomas,* 50 NY2d 467) and, in any event, without merit *(see, People v Martinez,* 71 NY2d 937).

We have examined the defendant's remaining contention and find it to be without merit. Sullivan, J. P., Rosenblatt, O'Brien and Thompson, JJ., concur.